## LYNN v STATE

Ohio Appeals, 3rd Dist, Hardin Co

No 262. Decided Mar 19, 1934

Lease & Lease, Kenton, and C. C. Miller, Lima, for plaintiff in error.

Harry I. Kaylor, Kenton, for defendant in error.

For full opinion see 40 OLR 167; 191 NE 100; 47 Oh Ap 158.